# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TABBITHA BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 2:24-cv-12966<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| HAMZA YASER ALGHARABLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 2:24-cv-12984<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| ZACHARY LOAFMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 2:24-cv-12994<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

1

59750800.1

| | |
|---|---|
| ANTHONY GEORGES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 2:24-cv-13018<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| ZACH TRAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELLE TIRE DISTRIBUTORS, INC.,<br><br>Defendant. | Case No. 2:24-cv-13084<br><br>Hon. Matthew F. Leitman<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### ORDER CONSOLIDATING CASES AND APPOINTING INTERIM LEAD COUNSEL

This matter, having come before the Court on March 13, 2025 for a Status Conference involving the above-captioned cases (the "Related Cases"), based on oral argument of the Parties, pursuant to Fed. R. Civ. P. Rules 42(a)(2) and 23(g) and E.D. Mich. LR 42.1, having reviewed the complaints in all of the Related Cases, and having found that the Related Cases involve many of the same issues of fact and law, grow out of the same alleged data breach involving Belle Tire Distributors, Inc. ("Belle Tire" or "Defendant"), have many of the same claims, and have proposed

2

59750800.1

class definitions that will encompass the same persons, and with all Related Cases having been reassigned to this Court, the Court finds that the Related Cases have sufficient commonality of issues and parties to warrant consolidating the Related Cases. Further, the Court finds that consolidation and appointment of Interim Lead Counsel in this proposed class action will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** as follows:

1. *Tabbitha Berry v. Belle Tire Distributors, Inc.*, No. 2:24-cv-12966 (E.D. Mich.), *Hamza Yaser Algharably v. Belle Tire Distributors, Inc.*, No. 2:24-cv-12984 (E.D. Mich.), *Zachary Loafman v. Belle Tire Distributors, Inc.*, No. 2:24-cv-12994 (E.D. Mich.), *Anthony Georges v. Belle Tire Distributors, Inc.*, No. 2:24-cv-13018 (E.D. Mich.), *Zach Travis v. Belle Tire Distributors, Inc.*, No. 2:24-cv-13084 (E.D. Mich.) shall be consolidated pursuant to Rule 42 before the Honorable Matthew F. Leitman (the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:24-cv-12966 and shall bear the following caption: *In re Belle Tire Distributors, Inc. Data Breach Litigation*. Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pre-trial, discovery, and trial purposes.

3. The Court hereby appoints E. Powell Miller of The Miller Law Firm, P.C. as Interim Lead Counsel to act on behalf of the Plaintiffs and the putative Class with the following responsibilities, duties and sole authority to:

   a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

   b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Class consistent with the requirements of the Federal Rules of Civil Procedure;

   c. Convene meetings amongst counsel;

   d. Conduct settlement negotiations on behalf of Plaintiffs and the putative Class;

   e. Delegate tasks to other Plaintiffs' counsel to ensure that pretrial preparation for Plaintiffs and the putative Class is conducted efficiently and effectively;

   f. Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

   g. Monitor the activities of all counsel to ensure that schedules and litigation deadlines are being met and unnecessary expenditures of time and funds are avoided;

   h. Ensure that all counsel comport with the billing and expense protocol being used by the leadership team and that will be submitted to the Court for approval;

   i. Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of this Court;

    j. Serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

    k. Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

    l. Communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

    m. Perform all other duties or tasks as are necessary to the prosecution of this matter on behalf of the putative Class.

4. Unless otherwise ordered by the Court upon a showing of good cause, this Order shall apply to the above-referenced matters, any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

5. Plaintiffs in the Consolidated Action shall file an operative, Consolidated Class Action Complaint within **28 days** of this Order. Defendant need not respond to any of the previously filed complaints in the Related Actions and will respond to the operative Consolidated Class Action Complaint within **35 days** after it is filed.

**IT IS SO ORDERED.**

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: March 19, 2025

59750800.1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126