## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re Belle Tire Distributors, Inc.*
*Data Breach Litigation,*

Case No. 24-cv-12966
Hon.  Matthew F. Leitman

_____/

## STIPULATED ORDER TO STAY CASE
## DEADLINES PENDING MEDIATION

Plaintiffs, individually and on behalf of those similarly situated (collectively, "Plaintiffs"), and Defendant Belle Tire Distributors, Inc. ("Belle Tire," together with Plaintiffs, the "Parties") stipulate as follows:

1.     On November 7, 2024, Plaintiff Tabbitha Berry filed, individually and on behalf of a proposed class, the first Class Action Complaint under the case number above against Defendant regarding an alleged data breach.  (ECF No. 1.)

2.     A number of additional lawsuits were filed against Defendant in relation to the same data breach and on March 19, 2025, the Court entered an Order consolidating all related cases under the case number and caption above.  (ECF No. 8.)

3.     On March 13, 2025, the Court held a Status Conference and ordered the Plaintiffs to file a Consolidated First Amended Class Action Complaint

("Complaint") by April 16, 2025, and Defendant to file its response to the Complaint by May 21, 2025.

4.     At the Status Conference, the Court also encouraged the parties to consider engaging in early mediation and indicated that the Court would accommodate that process by staying further case deadlines pending a mediation.

5.     On April 16, 2025, Plaintiffs filed the Complaint. (ECF No. 10.)

6.     Per the Court's suggestion at the Status Conference, the Parties conferred and have agreed to engage in mediation before Belle Tire responds to the Complaint.

7.     The Parties further agreed that case deadlines, including the deadline for Belle Tire to respond to the Complaint, should be stayed pending their mediation efforts.

8.     The Parties are actively working to identify a mediator and schedule mediation.

9.     The Parties believe that judicial economy and the interests of the Parties would be served by a stay of this action to preserve the status quo while the Parties pursue mediation.

Accordingly, **IT IS HEREBY ORDERED** that:

1.     This action is stayed for all purposes so that the Parties may attempt to resolve this action through private mediation;

2.    No later than 7 days from the date of the Parties' mediation or four months from the date this Order is entered, whichever occurs first, the Parties shall file a joint status report to update the Court on the status of the mediation and settlement negotiations, including whether a schedule should be set for the remainder of the case.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 6, 2025

Stipulated by:

By: /s/ *Gregory Mitchell (w/consent)*          By: /s/ *Andrew Clark*
E. Powell Miller (P39487)                        Andrew W. Clark (P79165)
Gregory A. Mitchell (P68723)                     Jalen R. Farmer (P86859)
Emily E. Hughes (P68724)                         HONIGMAN LLP
THE MILLER LAW FIRM, P.C.                         2290 First National Building
950 West University Drive                         660 Woodward Avenue
Rochester, MI 48307                               Detroit, MI 48226-2506
(248) 841-2200                                    T: 313-465-7282
epm@millerlawpc.com                               aclark@honigman.com
gam@millerlawpc.com                               jfarmer@honigman.com
eeh@millerlawpc.com

*Interim Lead Counsel for*                        *Attorneys for Belle Tire Distributors,*
*Plaintiffs and the Putative Class*               *Inc.*

3