## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*In re Belle Tire Distributors, Inc. Data Breach Litigation*

Case No. 2:24-cv-12966-MFL-CI

Hon. Matthew F. Leitman

## JOINT STATUS REPORT

On May 6, 2025, the Court signed the Parties' Stipulated Order to Stay Case Deadlines Pending Mediation. ECF No. 11. In addition to staying the case so that the Parties may attempt to resolve this action through private mediation, the Parties were obligated as follows:

> No later than 7 days from the date of the Parties' mediation or four months from the date this Order is entered, whichever occurs first, the Parties shall file a joint status report to update the Court on the status of the mediation and settlement negotiations, including whether a schedule should be set for the remainder of the case.

ECF No. 11, PageID.145.

With September 6, 2025 being four months from the date of the Court's Order, the Parties, Plaintiffs Tabbitha Berry, Hamza Yaser Algharably, Zachary Loafman, Anthony Georges, and Zach Travis ("Plaintiffs") and Defendant Belle Tire Distributors, Inc. hereby notify the Court that they have scheduled a mediation for

1

later this month, on September 30, 2025, with JAMS Mediator Hon. Morton Denlow (Ret.). As such, the Parties request an extension of the stay of this case through October 7, 2025. By October 7, 2025, following the mediation, the Parties will file an additional joint status report with the Court. Good cause exists for this request, and the requested stay will enable the Parties to pursue an efficient resolution.

WHEREFORE, the Parties respectfully request the Court extend the stay of all deadlines in this case through October 7, 2025 and allow the Parties to file a joint status report on the status of the mediation, including whether a schedule should be set for the remainder of this case, by October 7, 2025. A proposed order to this effect is being submitted contemporaneously through the Court's Utilities function.

Dated: September 3, 2025

Respectfully submitted,

*/s/ Gregory A. Mitchell*
E. Powell Miller (P39487)
Gregory A. Mitchell (P68723)
Emily E. Hughes (P68724)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
T: (248) 841-2200
epm@millerlawpc.com
eeh@millerlawpc.com

*Interim Lead Counsel for Plaintiffs and the Putative Class*

*/s/ Andrew W. Clark  w/permission*
Andrew W. Clark (P79165)
Jalen R. Farmer (P86859)

2

HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-2506
T: 313-465-7282
aclark@honigman.com
jfarmer@honigman.com

*Attorneys for Belle Tire Distributors, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I caused to be electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Gregory A. Mitchell
Gregory A. Mitchell (P68723)