UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

*In re Belle Tire Distributors, Inc. Data Breach Litigation*

Case No. 24-cv-12966
Hon. Matthew F. Leitman

## ORDER GRANTING REQUEST TO EXTEND STAY

Before the Court is a Joint Status Report in which the Parties request that the Court extend the stay in this matter pending the mediation scheduled for the end of this month, as filed by Plaintiffs Tabbitha Berry, Hamza Yaser Algharably, Zachary Loafman, Anthony Georges, and Zach Travis ("Plaintiffs") and Defendant Belle Tire Distributors, Inc. ("Defendant"). For good cause shown, the motion is **GRANTED**. The Court hereby stays all deadlines in this case through October 7, 2025. The Parties shall file a joint status report on the status of the mediation, including whether a schedule should be set for the remainder of this case, by October 7, 2025.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 4, 2025

- 2 -

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
