# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Belle Tire Distributors, Inc. Data Breach Litigation* | Case No. 2:24-cv-12966-MFL-CI <br><br> Hon. Matthew F. Leitman <br><br> **CLASS ACTION** <br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

The Parties in this litigation agreed to stay the case so that the Parties could attempt to resolve this action through private mediation, and on May 6, 2025, the Court signed the Parties' Stipulated Order to Stay Case Deadlines Pending Mediation. ECF No. 11. On September 4, 2025, the Court signed the Parties' Stipulated Order to Extend Stay Pending Mediation. ECF No. 13.

Per the Order, "[t]he Parties shall file a joint status report on the status of the mediation, including whether a schedule should be set for the remainder of this case, by October 7, 2025." ECF No. 13, PageID.150. On September 30, 2025, the Parties attended a mediation session with mediator Hon. Morton Denlow (Ret.), but, as of the present, the mediation has not produced a resolution between the Parties.

WHEREFORE, the Parties ask this Court to set a status conference to discuss the schedule for the remainder of this case.

1

| | |
|---|---|
| Dated: October 7, 2025 | Respectfully Submitted, |
| */s/ E. Powell Miller* | */s/ Andrew W. Clark w/permission* |
| E. Powell Miller (P39487) | Andrew W. Clark (P79165) |
| Gregory A. Mitchell (P68723) | Jalen R. Farmer (P86859) |
| Emily E. Hughes (P68724) | **HONIGMAN LLP** |
| **THE MILLER LAW FIRM, P.C.** | 2290 First National Building |
| 950 W. University Drive, Suite 300 | 660 Woodward Avenue |
| Rochester, MI 48307 | Detroit, MI 48226-2506 |
| T: (248) 841-2200 | T: 313-465-7282 |
| epm@millerlawpc.com | aclark@honigman.com |
| eeh@millerlawpc.com | jfarmer@honigman.com |
| *Interim Lead Counsel for Plaintiffs and the Putative Class* | *Attorneys for Belle Tire Distributors, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                           */s/ E. Powell Miller*
                                           E. Powell Miller (P39487)