UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tabbitha Berry, et al.,

                    Plaintiff(s),

v.                                     Case No. 2:24-cv-12966-MFL-CI
                                               Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                    Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE: November 7, 2025 at 10:00 AM

The Court will host the hearing. Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys. Be advised that this is an attorneys-only proceeding. Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Holly A Ryan
                                                        Case Manager

Dated: October 16, 2025