UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tabbitha Berry, et al.,

                Plaintiff(s),

v.                                        Case No. 2:24-cv-12966-MFL-CI
                                          Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE:  December 19, 2025 at 10:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Holly A Ryan
                                                     Case Manager

Dated:  November 13, 2025