UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re Belle Tire Distributors, Inc. Data Breach Litigation* | Case No. 2:24-cv-12966-MFL-CI <br><br> Hon. Matthew F. Leitman <br><br> **CLASS ACTION** <br> **JURY TRIAL DEMANDED** |

## SECOND JOINT STATUS REPORT

The Parties agreed to stay the case so that the Parties could attempt to resolve this action through private mediation. On May 6, 2025, the Court signed the Parties' Stipulated Order to Stay Case Deadlines Pending Mediation. ECF No. 11. On September 4, 2025, the Court signed the Parties' Stipulated Order to Extend Stay Pending Mediation ("**Stay Extension**"). (ECF No. 13.)

Per the Stay Extension, The parties filed a Joint Status Report as requested on October 7, 2025. (ECF No. 14.) The Joint Status Report noted that on September 30, 2025, the Parties attended a mediation session with mediator Hon. Morton Denlow (Ret.), but, as of the present, the mediation has not produced a resolution between the Parties.

The Court set a status conference for December 19, 2025 at 10:00 a.m. (ECF No. 16.) The Parties hereby advise the Court that the Parties are actively engaged in post-mediation settlement discussions between Counsel.

1

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully Submitted, |
| */s/ Gregory A. Mitchell* | */s/ Andrew W. Clark w/permission* |
| E. Powell Miller (P39487) | Andrew W. Clark (P79165) |
| Gregory A. Mitchell (P68723) | Jalen R. Farmer (P86859) |
| Emily E. Hughes (P68724) | **HONIGMAN LLP** |
| **THE MILLER LAW FIRM, P.C.** | 2290 First National Building |
| 950 W. University Drive, Suite 300 | 660 Woodward Avenue |
| Rochester, MI 48307 | Detroit, MI 48226-2506 |
| T: (248) 841-2200 | T: 313-465-7282 |
| epm@millerlawpc.com | aclark@honigman.com |
| eeh@millerlawpc.com | jfarmer@honigman.com |
| *Interim Lead Counsel for Plaintiffs and the Putative Class* | *Attorneys for Belle Tire Distributors, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Gregory A. Mitchell*
Gregory A. Mitchell (P68723)