UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tabbitha Berry, et al.,

                    Plaintiff(s),

v.                                    Case No. 2:24−cv−12966−MFL−CI
                                                Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                    Defendant(s),

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE:  February 6, 2026 at 10:30 AM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Holly A Ryan
                                                        Case Manager

Dated:  January 9, 2026