# THE UNITED STATES COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

*In re Belle Tire Distributors, Inc.*
*Data Breach Litigation*

Case No. 2:24-cv-12966
Hon.  Matthew F. Leitman

## STIPULATED ORDER EXTENDING DEADLINE TO FILE MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs, individually and on behalf of those similarly situated (collectively, "Plaintiffs"), and Defendant Belle Tire Distributors, Inc. ("Belle Tire," together with Plaintiffs, the "Parties"), by and through their undersigned counsel, submit this joint stipulation to extend the deadline to file a motion for approval of settlement (the "Motion").

1. On February 2, 2026, the Court held a status conference.  At the conference, the Parties reported that they reached a resolution in principle and would proceed to finalizing a settlement agreement and associated Motion.

2. On February 6, 2026, the Court entered a text-only order directing the Parties to file their Motion "in approximately 45 days."  That deadline is March 23, 2026.

1

3.      Since the status conference, the Parties have been diligently working on preparing the settlement documents and supporting materials, which are extensive and complex.

4.      Despite the Parties' diligent efforts, the Parties have not yet completed the settlement document or Motion and would benefit from two additional weeks to finalize the settlement documents for presentation to the Court.

5.      Accordingly, the Parties jointly stipulate to extend the deadline to file the Motion to **April 6, 2026**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 19, 2026

Stipulated by:

By: /s/ *Gregory A. Mitchell (w/ permission)*
E. Powell Miller (P39487)
Gregory A. Mitchell (P68723)
Emily E. Hughes (P68724)
THE MILLER LAW FIRM, P.C.
950 West University Drive
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com
eeh@millerlawpc.com

*Interim Lead Counsel for*
*Plaintiffs and the Putative Class*

By: */s/ Andrew W. Clark*
Andrew W. Clark (P79165)
Jalen R. Farmer (P86859)
HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-2506
T: 313-465-7282
aclark@honigman.com
jfarmer@honigman.com

*Attorneys for Belle Tire Distributors, Inc.*

2