## INDEX OF EXHIBITS

**Exhibit A:**  Joint Declaration of Proposed Settlement Class Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement

**Exhibit B:**  Declaration of Settlement Administrator Simpluris Inc. in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

**Exhibit C:**  Proposed Preliminary Approval Order