UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Tabbitha Berry, et al.,

                    Plaintiff(s),

v.                                          Case No. 2:24–cv–12966–MFL–CI
                                            Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                    Defendant(s),
_____

### NOTICE OF REMOTE MOTION HEARING

   PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Matthew F. Leitman for the following motion(s):

            Motion – #20


   • MOTION HEARING:  April 28, 2026 at 10:00 AM

The public may access the audio proceedings with the following connection information.

 **PHONE NUMBER:**  (646) 828–7666
 **MEETING ID:**       160 527 9629


   Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                              By: s/Holly A Ryan_____
                                  Case Manager

Dated:   April 17, 2026