UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Tabbitha Berry, et al.,

                        Plaintiff(s),

v.                                          Case No. 2:24−cv−12966−MFL−CI
                                            Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                        Defendant(s),

_____

**NOTICE TO APPEAR**

    You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan, for the following proceeding(s):

• MISCELLANEOUS HEARING:  September 2, 2026 at 10:00 AM


**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Holly A Ryan_____
                                  Case Manager

Dated:   April 28, 2026