# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| *In re Belle Tire Distributors, Inc.*<br>*Data Breach Litigation* | Case No. 2:24-cv-12966<br><br>Hon. Matthew F. Leitman |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Belle Tire Distributors, Inc. respectfully seeks, pursuant to Local Rule 83.25(b)(2), a Court order permitting Jalen R. Farmer to withdraw as counsel in this proceeding due to his departure from Honigman LLP. Defendants will continue to be represented by Honigman LLP.

Respectfully submitted,

Honigman LLP

Dated: May 8, 2026    By:    /s/ *Jalen R. Farmer*
Jalen R. Farmer
660 Woodward Avenue, Suite 2290
Detroit, MI 48226-3506
(313) 465-7290
jfarmer@honigman.com
*Attorneys for Defendant*

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 8, 2026, I caused the electronic filing of the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

/s/ Jalen R. Farmer
Jalen R. Farmer

2

75417020