**INDEX OF EXHIBITS**

Exhibit A     Declaration in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards

Exhibit B     Proposed Order