UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tabbitha Berry, et al.,

                    Plaintiff(s),

v.                                                    Case No. 2:24–cv–12966–MFL–CI
                                                      Hon. Matthew F. Leitman

Belle Tire Distributors, Inc.,

                    Defendant(s),

_____

### NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Matthew F. Leitman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 110.  The following motion(s) are scheduled for hearing:

        Motion for Attorney Fees – #25

   • MOTION HEARING:  September 2, 2026 at 10:00 AM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Holly A Ryan
                                   Case Manager

Dated:   July 13, 2026