AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In re Belle Tire Distributors Inc Data Breach Litigation ) ) ) Case No. 2:24-cv-12966 ) )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Hamza Yaser Algharably .

Date: 08/18/2026

/s/ Casondra Turner
*Attorney's signature*

Casondra Turner
*Printed name and bar number*

MILBERG PLLC
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
*Address*

cturner@milberg.com
*E-mail address*

(771) 772-3086
*Telephone number*

*FAX number*