**INDEX OF EXHIBITS**


**Exhibit A:** Joint Declaration of Settlement Class Counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

**Exhibit B:** Declaration of Lisa Pavlik of Simpluris, Inc. in Support of Final Approval Settlement

**Exhibit C:** Proposed Final Judgment and Order Granting Final Approval to Class Action Settlement and for Attorneys' Fees, Costs, and Service Awards, and Dismissal With Prejudice