# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In re Belle Tire Distributors, Inc. Data Breach Litigation* | CASE NO. 2:24-cv-12966-MFL-CI |

**DECLARATION OF LISA PAVLIK OF**
**SIMPLURIS, INC. IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT**

I, Lisa Pavlik, declare as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am employed as a Manager of Client Services by Simpluris, Inc. ("Simpluris"), the settlement administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

3. Simpluris is a national full-service notice and settlement administrator headquartered in Costa Mesa, California. Simpluris has been administering class action settlements since 2007, in which time we have been appointed in over 10,000 cases and distributed over $10 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.).

## OVERVIEW

4. Simpluris was approved by Counsel for both Parties and appointed by the Court in the Order ("Preliminary Approval Order") entered on April 28, 2026, to provide settlement administration services in this settlement. In this capacity, Simpluris was charged with the following:

a. Establishing and maintaining a Settlement-specific website at https://BelleTireDataIncident.com.

b. Establishing and maintaining a Settlement-specific toll-free phone number (833) 386-6582;

c. Posting important Settlement-related dates, deadlines, and documents to the Settlement Website;

d. Establishing a P.O. Box to receive undeliverable notices, opt-out requests, objections to the proposed Settlement, and any other correspondence submitted by Settlement Class Members;

e. Establishing and maintaining a settlement-specific email address (info@BelleTireDataIncident.com);

f. Formatting and sending a Postcard Notice to Class Members;

g. Receiving, processing and validating Settlement Class Members' Claim Forms;

h. Receiving and processing Class Members' opt-out requests from the proposed settlement and objections to the proposed settlement;

i. Processing and issuing payments via check or digital payment to Class Members;

j. Providing counsel for the Parties with weekly status reports; and

k. Other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## CAFA NOTIFICATION

5. On May 8, 2026, pursuant to the Class Action Fairness Act of 2005 ("CAFA") and 28 U.S.C.A. § 1715, Simpluris completed a mailing that informed the appropriate state and federal Attorneys General about the Settlement. Attached hereto as Exhibit A is a true and correct copy of the CAFA letter sent to the Attorneys General.

**NOTICE**

6. On or about May 13, 2026, Counsel provided Simpluris with a data file containing 28,860 known Settlement Class Members' names, mailing addresses, email address (if available), and phone numbers (if available). There were Settlement Class Members listed multiple times in the data file provided to Simpluris. The final Class List was confirmed to contain 28,665 Settlement Class Members.

7. Upon receipt of the Class List, Simpluris "scrubbed" the data to ensure it was in proper format for distributing the Postcard Notice via U.S. Mail. In an effort to ensure that the Notice would be delivered to Settlement Class Members, Simpluris compared the address data against the United States Postal Service ("USPS") National Change of Address ("NCOA") database and updated the data to a Settlement-specific database with the changes received from NCOA.

8. On or about May 28, 2026, Simpluris sent the Email Notice to 10,549 Settlement Class Members for whom a valid email address was available. Out of the 10,549 Email Notices sent, there were 330 Email Notices considered undeliverable or were bounced back. Attached hereto as **Exhibit B** is a true and correct copy of the Email Notice.

9. On or about May 28, 2026, Simpluris mailed a Postcard Notice to 18,080 Settlement Class Members in the Class List who did have a valid mailing address. Attached hereto as **Exhibit C** is a true and correct copy of the Postcard Notice.

10. The Notices advised Settlement Class Members of their right to request exclusion from the Settlement, submit a claim, object to the Settlement, or do nothing, and the implications of each such action. The Postcard Notice advised Settlement Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Settlement Class Members could obtain additional information.

11. As of August 4, 2026, 2,946 Postcard Notices have been returned by USPS. For the mailings returned with or without a forwarding address, Simpluris performed an advanced address search (i.e., skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 2,946 returned Postcard Notices, 2,580 Postcard Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 366 Postcard Notices were determined to be undeliverable.

12. Therefore, the Notices reached 27,933 Class members which is approximately 97.45% of the Settlement Class.

## WEBSITE AND TELEPHONE NUMBER

13. Simpluris prepared and has maintained a Settlement Website at https://BelleTireDataIncident.com, that includes, among other things, important dates, deadlines, and Settlement-related documents, including the Settlement Agreement and Release, the Long Form Notice, the Preliminary Approval Order, and a downloadable version of the Notice of Class Action Settlement, and Claim Form. The Settlement Website also allows Class Members to log in to submit a Claim Form electronically. The Settlement Website has been available to the public since May 28, 2026. As of August 3, 2026, the website has been visited by 4,355 unique visitors with 9,608 page views. Attached hereto as **Exhibit D** and **Exhibit E** are true and correct copies of the Notice of Class Action Settlement and Claim Form.

14. A Settlement-specific toll-free telephone number was included in the Postcard Notice and on the Settlement Website for the purpose of allowing Class Members to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included on the website is (833) 386-6582. This telephone number is active and has been available to the public since May 28, 2026.

## CLAIM FORM SUBMISSIONS

15. The deadline to submit a claim form was July 27, 2026. Settlement Class Members were able to submit a claim through the Settlement Website or by mailing a physical claim form

to the Settlement Administrator. As of this date, Simpluris has received 575 Claim Form submissions. Of the 575 Claim Form submissions, one (1) Claim Form was received and/or postmarked after July 27, 2026.

16. Documented Losses: Of the claims received, four (4) Settlement Class Members claimed reimbursement for the documented losses. The supporting documents for these four (4) claims were insufficient, and these claims were sent a deficiency letter to cure/request additional supporting documentation. The current total approved amount of documented losses is $0.00.

17. Alternative Pro Rata Cash Payment: Of the claims received, 571 Settlement Class Members elected to receive the Alternative Pro Rata Cash Payment.

## OPT-OUT REQUESTS AND OBJECTIONS

18. The postmark deadline for Class Members to submit an opt-out request from the proposed Settlement was July 27, 2026.

19. As of this date, Simpluris has received zero (0) opt-out requests.

20. The postmark deadline for Class Members to submit an objection to the proposed Settlement was July 27, 2026.

21. As of this date, Simpluris has received zero (0) objections to the proposed Settlement from Class Members.

## ADMINISTRATION COSTS

22. Simpluris' total costs for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, is $41,027.00.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed this 10th day of August 2026 in Otsego, Minnesota.

Lisa Pavlik

LISA PAVLIK

# Exhibit A

simpluris

Date: May 08, 2026

**Re:** **In re Belle Tire Distributors, Inc. Data Breach Litigation**
**Case Number: 2:24-cv-12966**
**Court: United States District Court Eastern District of Michigan**

Dear Mr./Madam Attorney General:

Defendant Belle Tire Distributors, Inc., provides this notice pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715. The parties to the above-referenced class action have reached a proposed class settlement regarding all individuals whose Private Information was potentially exposed to unauthorized third parties as a result of the Data Security Incident discovered by Defendant on or before June 11, 2024.

Pursuant to 28 U.S.C. § 1715(b), please visit the website link listed below to view documents which contain of all the necessary information regarding the proposed Settlement. The documents available on the website are listed below.

**Document Site:** **https://transfer.simpluris.com/link/r3uH3ZZUsTLHtxnYgD395n**
This link expires on June 8, 2026. You may need to log in to view and/or download the documents. If you have issues, please contact the Settlement Administrator.

**Available Documents:**
Exhibit A – Amended Complaint
Exhibit B – Proposed Notice of Settlement
Exhibit C – Proposed Postcard Notice of Settlement
Exhibit D – Settlement Agreement
Exhibit E – Preliminary Approval Order

At this time, it is not feasible to identify the number of class members residing in each state.

The Court granted preliminary approval of the class action settlement agreement on April 28, 2026, and scheduled a final approval hearing at Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd Detroit, MI 48226 Courtroom: Room 110 on September 2, 2026, at 10:00 a.m.

For additional information about this Settlement, please contact:

simpluris

| Settlement Administrator: | Class Counsel: | Defense Counsel: |
| --- | --- | --- |
| Belle Tire Data Breach Settlement<br>c/o Settlement Administrator<br>P.O. Box 25226<br>Santa Ana, CA 92799-9958 | E. Powell Miller<br>Gregory A. Mitchell<br>**THE MILLER LAW FIRM, P.C.**<br>950 W. University Dr., Ste. 300<br>Rochester, MI 48307<br>Casondra Turner<br>**MILBERG, PLLC**<br>260 Peachtree Street NW, Suite 2200<br>Atlanta, GA 30303<br><br>Scott Edward Cole<br>**Cole & Van Note**<br>555 12th Street, Suite 2100<br>Oakland, CA 94607 | **Andrew Clark**<br>**Honigman LLP**<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI 48226 |

Materials filed in this action can be obtained through PACER, which is accessible at https://www.pacer.uscourts.gov/file-case/court-cmecf-lookup.

Regards,

Lisa Pavlik
Manager of Client Services
lisa.pavlik@simpluris.com
(714) 415-2872

# Exhibit B

**TO:** «Email Address»
**FROM:** "Belle Tire Data Breach Settlement" «noreply@BelleTireDataIncident.com»
**SUBJECT:** Belle Tire Data Breach Settlement – You are Eligible to File a Claim

---

**LEGAL NOTICE**

***In Re: Belle Tire Distributors, Inc. Data Breach Litigation***
Case No. 2:24-cv-12966
United States District Court for the Eastern District of Michigan

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE JUNE 2024 BELLE TIRE DISTRIBUTORS, INC., DATA BREACH, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS AND ENTITLE YOU TO A CASH PAYMENT.**

*A court has authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*
***Please read this Notice carefully and completely.***

Dear «First» «Last»:

**Why am I receiving this notice?**

A Settlement has been reached with Belle Tire Distributors, Inc. ("Belle Tire") in a class action lawsuit ("Settlement"). The case is about the cyberattack on Belle Tire's computers discovered on or about June 11, 2024 (the "Data Security Incident"). Files containing private information were accessed. Belle Tire denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the lawsuit to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available online.

**Who is included in the Settlement?**

The Court has defined the class as: "All individuals whose Private Information was exposed to unauthorized third parties as a result of the Data Security Incident discovered by Defendant on or before June 11, 2024."
The Court has appointed experienced attorneys, called "Class Counsel," to represent the Class.

**What are the Settlement benefits?**

All Class Members may submit a claim for Documented Losses of up to 150% of what you spent, up to **$1,000.** In the alternative to submitting a claim for Documented Losses, Class Members may claim **an equal share of a $75,000** Pro Rata Settlement Fund. The amount of the payment will be calculated by dividing $75,000 by the number of valid and timely Alternative Pro Rata Cash Compensation claims.
You do not have to provide any proof or explanation to claim this payment.

Full details and instructions are available online.

**How do I receive a benefit?**

File all of your claims online. For a full paper Claim Form call **(833) 386-6582**. **Claims must be submitted online or postmarked by July 27, 2026.**

**What if I don't want to participate in the Settlement?**

If you do not want to be part of the Settlement, you must exclude yourself by **July 27, 2026,** or you will not be able to sue Belle Tire for the claims made in *this* lawsuit. If you exclude yourself, you cannot get benefits from

this Settlement. If you want to object to the Settlement, you may file an objection by **July 27, 2026**. The Settlement Agreement, available online, explains how to exclude yourself or object.

**When will the Court approve the Settlement?**

The Court will hold a hearing in this case on **September 2, 2026, at 10:00 a.m.,** at **Courtroom 110 at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226**, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorney's fees and costs of up to $300,000, and Service Awards of $1,250 for each of the Plaintiffs. You may attend the hearing at your own cost, but you do not have to.

**User ID:** «SIMID»
**Unique ID:** «ClaimLoginID»
**PIN:** «ClaimLoginPIN»

# Exhibit C

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799-9958

First-Class Mail
US Postage Paid
Permit #__

***In Re: Belle Tire Distributors, Inc.***
***Data Breach Litigation***
Case No. 2:24-cv-12966

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE JUNE 2024 BELLE TIRE DISTRIBUTORS, INC. DATA BREACH, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS AND ENTITLE YOU TO A CASH PAYMENT.**

*A court has authorized this Notice.*

*This is not a solicitation from a lawyer.*

*You are not being sued.*

Unique ID: «ClaimLoginID»
PIN: «ClaimLoginPIN»

Postal Service: Please do not mark barcode

«IMbFullBarcodeEncoded»

«FirstName» «LastName»
«Address1» «Address2»
«City», «State» «Zip»

**This notice is only a summary. Visit https://BelleTireDataIncident.com or scan this QR code for complete information.**

**Why am I receiving this notice?** A Settlement has been reached with Belle Tire Distributors, Inc. ("Belle Tire") in a class action lawsuit ("Settlement"). The case is about the cyberattack on Belle Tire's computers discovered on or about June 11, 2024 (the "Data Security Incident"). Files containing private information were accessed. Belle Tire denies that it did anything wrong, and the Court has not decided who is right. The parties have agreed to settle the lawsuit to avoid the risks, disruption, and uncertainties of continued litigation. A copy of the Settlement is available online.

**Who is included in the Settlement?** The Court has defined the class as: "All individuals whose Private Information was exposed to unauthorized third parties as a result of the Data Security Incident discovered by Defendant on or before June 11, 2024."

The Court has appointed experienced attorneys, called "Class Counsel," to represent the Class.

**What are the Settlement benefits?** All Class Members may submit a claim for Documented Losses of up to 150% of what you spent, up to **$1,000.** In the alternative to submitting a claim for Documented Losses, Class Members may claim **an equal share of a $75,000** Pro Rata Settlement Fund. The amount of the payment will be calculated by dividing $75,000 by the number of valid and timely Alternative Pro Rata Cash Compensation claims.

You do not have to provide any proof or explanation to claim this payment.

Full details and instructions are available online.

**How do I receive a benefit?** File all of your claims online. For a full paper Claim Form call **1-833-386-6582**. **Claims must be submitted online or postmarked by July 27, 2026**.

**What if I don't want to participate in the Settlement?** If you do not want to be part of the Settlement, you must exclude yourself by **July 27, 2026**, or you will not be able to sue Belle Tire for the claims made in *this* lawsuit. If you exclude yourself, you cannot get benefits from this Settlement. If you want to object to the Settlement, you may file an objection by **July 27, 2026**. The Settlement Agreement, available online, explains how to exclude yourself or object.

**When will the Court approve the Settlement?** The Court will hold a hearing in this case on **September 2, 2026**, at **10 A.M.** at **Courtroom 110 at the Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226**, to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorney's fees and costs of up to $300,000, and Service Awards of $1,250 for each of the Plaintiffs. You may attend the hearing at your own cost, but you do not have to.

**This notice is only a summary. Visit the settlement website online or scan this QR code for complete information.**

https://BelleTireDataIncident.com

CaseID: 9457
SIMID: «SIMID»

# Exhibit D

# NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*In Re: Belle Tire Distributors, Inc. Data Breach Litigation*
Case No. 2:24-cv-12966
United States District Court for the Eastern District of Michigan

**IF YOUR PRIVATE INFORMATION WAS COMPROMISED IN THE JUNE 2024 BELLE TIRE DISTRIBUTORS, INC. DATA SECURITY INCIDENT, A PROPOSED CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS, AND ENTITLE YOU TO A CASH PAYMENT.**

*A court has authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*
***Please read this Notice carefully and completely.***

- A Settlement has been reached with Belle Tire Distributors, Inc. ("Belle Tire" or "Defendant") in a class action lawsuit. This case is about the targeted cyberattack on Belle Tire's computer systems that occurred in June 2024 (the "Data Security Incident"). Certain files that contained private information were accessed. These files may have contained personal information such as names; address; date of birth; social security numbers; or driver's License numbers.

- The lawsuit is called *In Re: Belle Tire Distributors, Inc. Data Breach Litigation*, Case No. 2:24-cv-12966. It is pending in the United States District Court for the Eastern District of Michigan (the "Litigation").

- Belle Tire denies that it did anything wrong, and the Court has not decided who is right.

- The parties have agreed to settle the lawsuit (the "Settlement") to avoid the costs and risks, disruptions, and uncertainties of continuing the Litigation.

- Belle Tire's records indicate that you are a Class Member and entitled to benefits under the Settlement. You may have received a previous notice directly from Belle Tire.

- Your rights are affected whether you act or don't act. ***Please read this Notice carefully and completely.***

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM** | The only way to receive payment from this Settlement is by submitting a valid and timely Claim Form.<br><br>The fastest way to submit your Claim Form is online at https://BelleTireDataIncident.com. If you prefer, you can download the Claim Form from the Settlement Website and mail it to the Settlement Administrator. You may also call or email the Settlement Administrator to receive a paper copy of the Claim Form. | **July 27, 2026** |
| **OPT OUT OF THE SETTLEMENT** | You can choose to opt out of the Settlement and receive no benefit or payment. This option allows you to sue, continue to sue, or be part of another lawsuit against Defendant related to the legal claims resolved by this Settlement. You can hire your own lawyer at your own expense. | **July 27, 2026** |
| **OBJECT TO THE SETTLEMENT AND/OR ATTEND A HEARING** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you don't like the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a claim for Settlement benefits. | **July 27, 2026** |
| **DO NOTHING** | Unless you opt out of the Settlement, you are automatically part of the Settlement. If you do nothing, you will not receive benefits or payments from this Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendant related to the legal claims resolved by this Settlement. | No Deadline |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court in charge of this case still has to decide whether to approve the Settlement.

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION ........ 3
WHO IS IN THE SETTLEMENT ........ 4
THE SETTLEMENT BENEFITS ........ 4
SUBMITTING A CLAIM FORM FOR SETTLEMENT BENEFITS ........ 5
THE LAWYERS REPRESENTING YOU ........ 6
EXCLUDING YOURSELF FROM THE SETTLEMENT ........ 6
COMMENTING ON OR OBJECTING TO THE SETTLEMENT ........ 7
THE COURT'S FINAL APPROVAL HEARING ........ 8
IF I DO NOTHING ........ 8
GETTING MORE INFORMATION ........ 8

# Basic Information

### 1. Why was this Notice issued?

The United States District Court for the Eastern District of Michigan authorized this Notice. You have a right to know about the proposed Settlement of this class action lawsuit, and about all of your options, before the Court decides whether to grant final approval of the Settlement. This Notice explains the lawsuit, your legal rights, what benefits are available, and who can receive them.

The lawsuit is called *In Re: Belle Tire Distributors, Inc. Data Breach Litigation*, Case No. 2:24-cv-12966. It is pending in the United States District Court for the Eastern District of Michigan. The people that filed this lawsuit are called the "Plaintiffs" (or "Class Representatives") and the company they sued, Belle Tire Distributors, Inc., is called the "Defendant."

### 2. What is this lawsuit about?

This lawsuit alleges that during the cyberattack on Belle Tire's computer systems discovered by Defendant on or before June 11, 2024, certain files that contained private information were accessed. These files may have contained personal information such as names; address; date of birth; social security numbers; and/or driver's License numbers.

### 3. What is a class action?

In a class action, one or more individuals sue on behalf of other people with similar claims. These individuals are called the "Plaintiffs" or "Class Representatives." Together, the people included in the class action are called a "Class" or "Class Members." One court resolves the lawsuit for all Class Members, except for those who opt out from the settlement. In this Settlement, the Class Representatives are Tabbitha Berry; Hamza Yaser Algharably; Zachary Loafman; Anthony Georges; and Zach Travis. Everyone included in this Action are the Class Members.

### 4. Why is there a Settlement?

The Court did not decide whether the Plaintiffs or the Defendant are right. Both sides have agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Class Members to receive benefits from the Settlement. The Plaintiffs and their attorneys think the Settlement is best for all Class Members.

## Who is in the Settlement?

### 5. Who is included in the Settlement?

The Court has defined the Class this way: "All individuals whose Private Information was exposed to unauthorized third parties as a result of the Data Security Incident discovered by Defendant on or before June 11, 2024."

### 6. Are there exceptions to being included?

Yes. The Judge in this case, and the Judge's staff, are excluded from the Class.

If you are not sure whether you are a Class Member, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@BelleTireDataIncident.com
- Call toll free, 24/7: (833) 386-6582
- By mail:

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

You may also view the Settlement Agreement at https://BelleTireDataIncident.com.

## The Settlement Benefits

### 7. What does the Settlement provide?

Belle Tire will pay Documented Losses, court-approved attorneys' fees and costs, Service Award payments for the Plaintiffs, and the costs of administering the Settlement. Belle Tire will also establish an Alternative Pro Rata Settlement Fund of $75,000.00. The Alternative Pro Rata Settlement Fund will be used to pay Alternative Pro Rata Cash Compensation.

**CASH PAYMENT OPTIONS**

**Documented Losses.** If you incurred actual, documented out-of-pocket losses due to the Data Breach, you can get back 150% of what you spent, up to **$1,000.00**. The losses must have occurred between June 11, 2024, and July 27, 2026.

This benefit covers out-of-pocket expenses like:

- losses because of identity theft or fraud
- fees for credit reports, credit monitoring, or freezing and unfreezing your credit
- cost to replace your IDs
- postage to contact banks by mail

You need to send proof, like bank statements or receipts, to show how much you spent or lost. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone are not enough to make a valid claim. Your proof or notes should show that your expenses were because of the Data Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

**-or-**

**Alternative Pro Rata Cash Compensation.** In the alternative to submitting a claim for Documented Losses, Class Members may file a claim for an equal share of the Pro Rata Settlement Fund. The amount of the payment will be calculated by dividing $75,000.00 by the number of valid and timely Alternative Pro Rata Cash Compensation claims.

You do not have to provide any proof or explanation to claim this payment.

If you have questions about these benefits, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@BelleTireDataIncident.com
- Call toll free, 24/7: (833) 386-6582
- By mail:

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

### 8. What claims am I releasing if I stay in the Class?

If you stay in the class, you won't be able to be part of any other lawsuit against Belle Tire about the issues that this Settlement covers. The "Releases" section of the Settlement Agreement (Section XIV) describes the legal claims that you give up if you remain in the Class. The Settlement Agreement is available at https://BelleTireDataIncident.com.

## Submitting a Claim Form for a Settlement Payment

### 9. How do I submit a claim for a Settlement benefit?

The fastest way to submit your Claim Form is online at https://BelleTireDataIncident.com. If you prefer, you can download a printable Claim Form from the website and mail it to the Settlement Administrator at:

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

You may also contact the Settlement Administrator to request a Claim Form by telephone, toll free, (833) 386-6582, by email info@BelleTireDataIncident.com, or by U.S. mail at the address above.

## 10. Are there any important Settlement payment deadlines?

If you are submitting a Claim Form online, you must do so by July 27, 2026. If you are submitting a claim by U.S. mail, the completed and signed Claim Form, including supporting documentation, must be postmarked no later than July 27, 2026.

## 11. When will the Settlement benefits be issued?

The Court will hold a final approval hearing on September 2, 2026, (***see* Question 18)**. If the Court approves the Settlement, there may be appeals. We do not know if appeals will be filed, or how long it will take to resolve them if they are filed.

Settlement payments will be distributed if the Court grants final approval, and after any appeals are resolved.

# The Lawyers Representing You

## 12. Do I have a lawyer in the case?

Yes, the Court has appointed E. Powell Miller of The Miller Law Firm, P.C., Casondra R. Turner of Milberg, PLLC and Scott Edward Cole of Cole & Van Note, to represent you and other Class Members ("Class Counsel").

## 13. Should I get my own lawyer?

You will not be charged for Class Counsel's services. If you want your own lawyer, you may hire one at your expense.

## 14. How will Class Counsel be paid?

Class Counsel will ask the court to approve $300,000.00 as reasonable attorney's fees and costs of litigation. This amount will be paid by Belle Tire.

Class Counsel will also ask for Service Award payments of $1,250.00 for each of the Class Representatives. Service Award payments will also be paid by Belle Tire.

# Excluding Yourself from the Settlement

## 15. How do I opt out of the Settlement?

If you do not want to be part of the Settlement, you must formally exclude yourself from the Settlement. This is called a Request for Exclusion, and is sometimes also called "opting out." If you opt out, you will not receive Settlement benefits or payment. However, you will keep any rights you may have to sue Belle Tire on your own about the legal issues in this case.

If you exclude yourself, you are telling the Court that you do not want to be part of the Settlement. You will not be eligible to receive any Settlement benefits if you exclude yourself.

The deadline to exclude yourself from the Settlement is **July 27, 2026.**

To be valid, your Request for Exclusion must have the following information:

(1) the name of the Litigation: *In Re: Belle Tire Distributors, Inc. Data Breach Litigation*, Case No. 2:24-cv-12966, pending in the United States District Court for the Eastern District of Michigan;

(2) your full name, mailing address, telephone number, and email address;

(3) personal signature; and

(4) the words "Request for Exclusion" or a clear and similar statement that you do not want to participate in the Settlement.

You may only exclude yourself—not any other person.

Mail your Request for Exclusion to the Settlement Administrator at:

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

Your Request for Exclusion must be submitted, postmarked, or emailed by **July 27, 2026.**

# Commenting on or Objecting to the Settlement

## 16. How do I tell the Court if I like or do not like the Settlement?

If you are a Class Member and do not like part or all of the Settlement, you can object to it. Objecting means telling the Court your reasons for why you think the Court should not approve the Settlement. The Court will consider your views.

You cannot object if you have excluded yourself from the Settlement (***see* Question 15**)

You must provide the following information for the Court to consider your objection:

(1) the name of the Litigation: *In Re: Belle Tire Distributors, Inc. Data Breach Litigation*, Case No. 2:24-cv-12966, pending in the United States District Court for the Eastern District of Michigan;

(2) your full name, mailing address, telephone number, and email address;

(3) your signature (if you have hired your own lawyer, their signature is not sufficient);

(4) information that proves that you are a Class Member (such as a notice you have received);

(5) a clear description of all the reasons you object; include any legal support, such as documents, you may have for your objection;

(6) if you have hired your own lawyer to represent you for this objection, provide their name, bar number, and contact information; and

(7) if you or your lawyer have objected in any other cases in the past three years, list the names, courts, and civil action numbers for each of those cases;

For your objection to be valid, it must meet each of these requirements.

To be considered by the Court, you must file your complete objection with the Clerk of Court by July 27, 2026. You must also send a copy of the objection to the Settlement Administrator, Class Counsel, and counsel for Defendants.

| Clerk of the Court | Settlement Administrator |
|---|---|
| Clerk of the Court<br>Theodore Levin U.S. Courthouse<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | Belle Tire Data Breach Settlement<br>c/o Settlement Administrator<br>P.O. Box 25226<br>Santa Ana, CA 92799 |

| Class Counsel | Counsel for Defendants |
|---|---|
| E. Powell Miller<br>Gregory A. Mitchell<br>**THE MILLER LAW FIRM, P.C.**<br>950 W. University Dr., Ste. 300<br>Rochester, MI 48307<br><br>Casondra Turner<br>**MILBERG, PLLC**<br>260 Peachtree Street NW, Suite 2200<br>Atlanta, GA 30303<br><br>Scott Edward Cole<br>**Cole & Van Note**<br>555 12th Street, Suite 2100<br>Oakland, CA 94607 | **Honigman LLP**<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI 48226 |

## 17. What is the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and stating to the Court that you do not want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

# The Court's Final Approval Hearing

## 18. When is the Court's Final Approval Hearing?

The Court will hold a final approval on **September 2, 2026, at 10:00a.m., Eastern Time**, in Courtroom 110 of the United States District Court for the Eastern District of Michigan, at 231 W. Lafayette Blvd., Detroit, MI 48226.

At the final approval hearing, the Court will decide whether to approve the Settlement. The Court will also decide how Class Counsel should be paid, and whether to award Service Award payments to the Class Representatives. The Court will also consider any objections to the Settlement.

If you are a Class Member, you or your lawyer may ask permission to speak at the hearing at your own cost (***See*** **Question 16**).

The date and time of this hearing may change without further notice. Please check https://BelleTireDataIncident.com for updates.

## 19. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. You may attend at your own expense if you wish, but you do not have to.

If you file an objection, you do not have to come to the Final Approval Hearing to talk about it; the Court will consider it as long as it was filed on time. You may also pay your own lawyer to attend, but you do not have to.

# If I Do Nothing

## 20. What happens if I do nothing at all?

If you do nothing, you will not receive a benefit from this Settlement.

You will also give up the rights described in **Question 8**.

# Getting More Information

## 21. How do I get more information?

This Notice is a summary of the proposed Settlement. The full Settlement Agreement and other related documents are available at the Settlement Website, https://BelleTireDataIncident.com.

If you have additional questions, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@BelleTireDataIncident.com
- Call toll free, 24/7: (833) 386-6582
- By mail:

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

You can obtain copies of publicly filed documents by visiting the office of the Clerk of the Court, Theodore Levin U.S. Courthouse 231 W. Lafayette Blvd., Detroit, MI 48226

**DO NOT CONTACT THE COURT OR CLERK OF COURT REGARDING THIS SETTLEMENT**

# Exhibit E

**Your claim must be submitted online or postmarked by: July 27, 2026**

***In Re: Belle Tire Distributors, Inc. Data Breach Litigation***
Case No. 2:24-cv-12966
District Court for the Eastern District of Michigan

**DATA BREACH SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: July 27, 2026**

## GENERAL INSTRUCTIONS

**Who is eligible to file a claim?** The court has defined the Class this way: "All individuals whose Private Information was exposed to unauthorized third parties as a result of the Data Security Incident discovered by Defendant on or before June 11, 2024."

The Judge in this case, and the Judge's family and staff, are excluded from the Class.

**COMPLETE THIS CLAIM FORM IF YOU ARE A CLASS MEMBER AND WISH TO RECEIVE ONE OF THE FOLLOWING SETTLEMENT BENEFITS**

## AVAILABLE BENEFITS

Belle Tire will pay Documented Losses, court-approved attorneys' fees and costs, Service Award payments for the Plaintiffs, and the costs of administering the Settlement. Belle Tire will also establish an Alternative Pro Rata Settlement Fund of $75,000.00. The Alternative Pro Rata Settlement Fund will be used to pay Alternative Pro Rata Cash Compensation.

**CASH PAYMENT OPTIONS**

**Documented Losses.** If you incurred actual, documented out-of-pocket losses due to the Data Security Incident, you can get back 150% of what you spent, up to **$1,000.00**. The losses must have occurred between June 11, 2024, and July 27, 2026.

This benefit covers out-of-pocket expenses like:

- losses because of identity theft or fraud
- fees for credit reports, credit monitoring, or freezing and unfreezing your credit
- cost to replace your IDs
- postage to contact banks by mail

You need to send proof, like bank statements or receipts, to show how much you spent or lost and the bases for why you believe the expenses are because of the Data Security Incident. You can also send notes or papers you made yourself to explain or support other proof, but those notes or papers alone are not enough to make a valid claim. Your proof or notes should show that your expenses were because of the Data Incident.

You cannot claim a payment for expenses that have already been reimbursed by a third party.

**-OR-**

**Your claim must be submitted online or postmarked by: July 27, 2026**

***In Re: Belle Tire Distributors, Inc. Data Breach Litigation***
Case No. 2:24-cv-12966
District Court for the Eastern District of Michigan

**DATA BREACH SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: July 27, 2026**

**Alternative Pro Rata Cash Compensation.** In the alternative to submitting a claim for Documented Losses, Class Members may file a claim for an equal share of the Alternative Pro Rata Settlement Fund. The amount of the payment will be calculated by dividing $75,000.00 by the number of valid and timely Alternative Pro Rata Cash Compensation claims.

You do not have to provide any proof or explanation to claim this payment.

If you have questions about these benefits, you can ask for free help any time by contacting the Settlement Administrator at:

- Email: info@BelleTireDataIncident.com
- Call toll free, 24/7: (833) 386-6582
- By mail:

Belle Tire Data Breach Settlement
c/o Settlement Administrator
P.O. Box 25226
Santa Ana, CA 92799

**THE MOST EFFICIENT WAY TO SUBMIT YOUR CLAIMS IS ONLINE AT HTTPS://BELLETIREDATAINCIDENT.COM**

You may also print out and complete this Claim Form and submit it by U.S. mail.

An electronic image of the completed Claim Form can also be emailed to info@BelleTireDataIncident.com.

**You must submit your Claim Form online, by mail, or by email no later than July 27, 2026.**

**Your claim must be submitted online or postmarked by: July 27, 2026**

***In Re: Belle Tire Distributors, Inc. Data Breach Litigation***
Case No. 2:24-cv-12966
District Court for the Eastern District of Michigan

**DATA BREACH SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: July 27, 2026**

## I. CLASS MEMBER NAME AND CONTACT INFORMATION

Print your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this claim form. All fields are required. **Please print legibly.**

First Name

Last Name

Address 1 (street name and number)

Address 2 (apartment, unit, box number)

City

State

ZIP Code

–

Email Address

Telephone Number

Unique ID (if known)

## II. PRO RATA CASH COMPENSATION

☐ Check this box to claim an equal share of the $75,000.00 Alternative Pro Rata Settlement Fund.

**Your claim must be submitted online or postmarked by: July 27, 2026**

***In Re: Belle Tire Distributors, Inc. Data Breach Litigation***
Case No. 2:24-cv-12966
District Court for the Eastern District of Michigan

**DATA BREACH SETTLEMENT CLAIM FORM**

**Your claim must be submitted online or postmarked by: July 27, 2026**

## III. DOCUMENTED LOSSES

☐ Check this box if you would like to claim reimbursement for Documented Losses due to identity theft or fraud. You can get back up to $1,000.00 with proof of losses that you demonstrate are connected to the Data Security Incident.

*Please complete the table below, describing the supporting documentation you are submitting.*

| ***Description of Documentation Provided*** | ***Amount*** |
|---|---|
| *Example: Unauthorized bank transfer* | *$500* |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL CLAIMED:** | |

If you have more expenses than rows, you may attach additional sheets of paper to account for them. For each expense for which you seek reimbursement, please attach a brief written statement explaining how that expense was caused by the Data Security Incident. Please print your name and sign the bottom of each additional sheet of paper.

## IV. PAYMENT SELECTION

**BY MAIL**: If you submit this Claim Form by mail and your claim is approved, you will receive a paper mailed check to the address you provide on this form.

**DIGITAL**: If you submit a Claim Form electronically on the Settlement Website, https://BelleTireDataIncident.com, and do not submit a Claim Form by mail, you will have the option to select a digital payment via PayPal, Venmo, or Zelle. A digital payment option is only available on the website.

## V. ATTESTATION & SIGNATURE

I swear and affirm on penalty of perjury that the information provided in this Claim Form, including supporting documentation, is true and correct to the best of my knowledge. I understand that my claim is subject to verification and that I may be asked to provide supplemental information by the Settlement Administrator before my claim is considered complete and valid.

| ____________________ | ____________________ | ____________________ |
|---|---|---|
| Signature | Printed Name | Date |